# EXHIBIT K

EnerQuest Oil & Gas L.L.C.

030392

LEA200: LEASE MAINTENANCE SERVICE
ACCOUNT NUMBER:

CHECK NUMBER: 030392
CHECK DATE: 06/24/10

| INVOICE/REFERENCE | TYPE | DATE | COMMENT | GROSS AMOUNT | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| 3206 | INV | 05/29/10 | | 540.00 | .00 | 540.00 |

CHECK TOTALS: 030392 540.00 .00 540.00

WARNING: THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES. READ REVERSE SIDE FOR FULL DISCLOSURE.



EnerQuest
OIL & GAS L.L.C.
One Benham Place
9400 Broadway Ext, Suite 750
Oklahoma City, OK 73114-7401
(405) 478-8300

BancFirst
Oklahoma City, OK
39-363/1030

030392

| Reference Number | Date | Check Number | Check Amount |
|---|---|---|---|
| LEA200 | 06/24/10 | 030392 | $ *******540.00** |

FIVE Hundred FORTY Dollars and 00 Cents

VOID AFTER 90 DAYS

PAY TO THE ORDER OF
LEASE MAINTENANCE SERVICE
P O BOX 12
PETTUS TX 78146

Gregory W. Olson

⑈030392⑈ ⑆103003632⑆ ⑈4005092543⑈

EQC-TS 00283

LEASE MAINTENANCE SERVICE

P O Box 12
Pettus, TX 78146
(361) 375-2787

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2010 | 3206 |

| Bill To |
|---|
| ENERQUEST OIL & GAS LLC<br>One Benham Place<br>9400 Broadway Ext. Ste 750<br>Oklahoma City, Oklahoma 73114-7401 |

| Ship To |
|---|
| Bi gJohn #3<br>*Big John Oil Unit #3* |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 5/29/2010 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 4 man crew | crew | 135.00 | 540.00T |
| | | Cut grass around well and location.<br>Sales Tax | 0.00% | 0.00 |

RECEIVED
JUN 04 2010
ENERQUEST OIL & GAS

*WMD 315*
*133100*

Thank you for your business.

**Total**     $540.00

EQC-TS 00284